```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LILLIAN MARTINEZ and MARIA MARTINEZ,  :   09 Civ. 644 (SHS)

                Plaintiffs,  :

    -against-  :   ORDER

KIM K. SEONG,  :

                Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     Plaintiffs are granted leave to file on or before April 3, 2009, an amended complaint asserting that they seek an amount up to $75,000.00 in this action; and

       2.     Upon filing of the amended complaint, this action shall be remanded to the New York State Supreme Court, Bronx County, for failure to meet the jurisdictional requirements set forth in 28 U.S.C. § 1332.

Dated: New York, New York
       March 27, 2009

SO ORDERED:

/s/ Sidney H. Stein

Sidney H. Stein, U.S.D.J.